IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL D., SR. | |
| Plaintiff, | 8:24-CV-155 |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMIN., | JUDGMENT |
| Defendant. | |

In accordance with the accompanying Memorandum and Order, the plaintiff's complaint is dismissed.

Dated this 20th day of November, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge